1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARISOL ESTHER SANTIAGO,

Petitioner,

v.

WILLIAM PELHAM BARR, ET AL.,

Respondent.

CASE NO.:  20-CV-1161-LAB

ORDER GRANTING MOTION TO DISMISS

Upon motion of the petitioner, and good cause shown, it is **HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is dismissed.

**SO ORDERED.**

Dated:  February 8, 2021

**Honorable Larry Alan Burns**
United States District Court Judge